**KLESTADT & WINTERS, LLP**
570 Seventh Avenue, 17th Floor
New York, NY 10018
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Brendan M. Scott
Maeghan J. McLoughlin

*Counsel to the Official Committee*
*of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------------------x

| | | |
|---|---|---|
| IN THE MATTER OF: | : | |
| | : | Chapter 11 |
| BARE FEET SHOES OF PA, INC., et al, | : | |
| | : | Case No. 11-19292 (ELF) |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------------x

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Adv. Pro. No. 13-00589 (ELF) |
| -against- | : | |
| | : | |
| URI JACOBSON, MEIR DUKE, D&J HOLDINGS & INVESTMENTS, MAX SHOES, LLC, GREEN GUACAMOLE, LLC, BARE FEET SHOES OF FLORIDA, INC. d/b/a BARE FEET OF FLORIDA, INC. d/b/a BARE FEET SHOES OF FLORIDA, and NEW JERSEY BARE FEET SHOES, INC., | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------------x

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Adv. Pro. No. 13-00620 |

-against-                                                    :
                                                            :
CHELSEA ATLANTIC EQUITIES, LLC,                             :
MEIR DUKE and URI JACOBSON,                                 :
                                                            :
                                                            :
                                                            :
                    Defendants.                             :
-----------------------------------------------------------x
THE OFFICIAL COMMITTEE OF UNSECURED                        :
CREDITORS,                                                  :
                                                            :
                    Plaintiff,                              :
                                                            :    Adv. Pro. No. 13-00621 (ELF)
        -against-                                           :
                                                            :
ETERNITY 69, INC.,                                          :
                                                            :
                                                            :
                                                            :
                                                            :
                    Defendant.                              :
-----------------------------------------------------------x
THE OFFICIAL COMMITTEE OF UNSECURED                        :
CREDITORS,                                                  :
                                                            :
                    Plaintiff,                              :
                                                            :    Adv. Pro. No. 13-00622 (ELF)
        -against-                                           :
                                                            :
GOT THE LOOK, INC. and MIRIAM HEMO,                        :
                                                            :
                                                            :
                                                            :
                    Defendant.                              :
-----------------------------------------------------------x

## ORDER APPROVING SETTLEMENT AGREEMENTS PURSUANT TO BANKRUPTCY RULE 9019

Upon the motion (the "Motion") of the Official Committee of Unsecured Creditors, the

plaintiff in the above-referenced adversary proceedings (the "Plaintiff" or "Committee"), by and

through its attorneys, Klestadt & Winters, LLP, for entry of an order pursuant to Rule 9019 of

the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") authorizing and approving

a settlement agreement entered into with the Jacobson Group[1] (the "<u>Jacobson Agreement</u>") and a

settlement agreement entered into with the Duke Group (the "<u>Duke Agreement,</u>" together the

with Jacobson Agreement, the "Settlement Agreements").  The Court hereby finds that: (i) the

Court has retained jurisdiction in the Plan over the Motion; (ii) due and proper notice of the

Motion was given to all parties in interest entitled to notice; (iii) good and sufficient cause exists

to approve the Settlement Agreements described in the Motion; (iv) the Committee is the sole

and current owner of the Claims released by the Settlement Agreements; (v) the terms of the

Settlement Agreements, and the settlement of the various Adversary Proceedings under the terms

and conditions hereof, are subject only to the approval of the Committee and this Court and are

not subject to approval by any other party in interest in the within case; and (vi) the  Committee

has approved the Settlement Agreements and the settlement of the Adversary Proceedings under

the terms and conditions set forth in the Settlement Agreements.

**IT IS HEREBY ORDERED**

1. The Motion is GRANTED;

2. The Jacobson Agreement is APPROVED and the Committee is authorized to
   enter into it;

3. The Duke Agreement is APPROVED and the Committee is authorized to enter
   into it;

4. The Committee is authorized to implement and effectuate the terms and
   conditions of the Settlement Agreements, including, without limitation, to give
   the releases contained therein of the  Duke Group and the Jacobson Group,  and to

---

[1] All capitalized terms used herein have the meaning ascribed to them in the Motion.

dismiss with prejudice  the Adversary Proceedings, without further Order(s) of the

Court:

5.  ~~This Court shall retain jurisdiction to resolve any disputes  or controversies~~

~~arising  from or related to the Settlement Agreements.~~


**SO ORDERED.**

BY THE COURT:

11-19-14

_____
Eric L. Frank, Chief U.S.B.J.